| | |
|---|---|
| 1 | ANTHONY L. PRESS (CSB # 125027) |
|  | APress@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|  | 555 West Fifth Street |
| 3 | Los Angeles, California 90013-1024 |
|  | Phone: (213) 892-5200 |
| 4 | Fax: (213) 892-5454 |
| 5 | JILL NEIMAN (CSB # 164702) |
|  | JNeiman@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 7 | San Francisco, California 94105-2482 |
|  | Phone: (415) 268-7000 |
| 8 | Fax: (415) 268-7522 |
| 9 | Attorneys for Defendants |
|  | HOME SKINOVATIONS INC., |
| 10 | HOME SKINOVATIONS LTD., |
|  | THE SILK'N STORE LLC, and |
| 11 | MMP SOLUTIONS, INC. |
| 12 | THAD A. DAVIS (CSB # 220503) |
|  | Thad.Davis@ropesgray.com |
| 13 | SARAH ZENEWICZ (CSB # 258068) |
|  | Sarah.Zenewicz@ropesgray.com |
| 14 | ROPES & GRAY LLP |
|  | One Embarcadero Center, Suite 2200 |
| 15 | San Francisco, California 94111-3711 |
|  | Phone: (415) 315-6300 |
| 16 | Fax: (415) 315-6350 |
| 17 | Attorneys for Plaintiff |
|  | TRIA BEAUTY, INC. |

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| TRIA BEAUTY, INC., | ) | Case No. CV 09-3942 CRB |
|  | ) | |
| Plaintiff, | ) | **STIPULATION FURTHER EXTENDING** |
|  | ) | **TIME TO ANSWER OR OTHERWISE** |
| v. | ) | **RESPOND TO COMPLAINT** |
|  | ) | |
| HOME SKINOVATIONS INC., HOME | ) | |
| SKINOVATIONS LTD., THE SILK'N | ) | |
| STORE LLC, MMP SOLUTIONS, INC., | ) | |
|  | ) | |
| Defendants. | ) | |

**STIPULATION FURTHER EXTENDING TIME TO ANSWER**
**CV 09-3942 MEJ**
**sf-2771894**

1     WHEREAS TRIA Beauty, Inc. ("TRIA") served Home Skinovations Inc. with the complaint in this action on October 2, 2009;

    WHEREAS TRIA served The Silk'n Store LLC ("Silk'n Store") on October 1, 2009;

    WHEREAS TRIA served MMP Solutions, Inc. ("MMP Solutions") on September 30, 2009;

    WHEREAS TRIA served Home Skinovations Ltd. on October 21, 2009;

    WHEREAS on November 9, 2009, TRIA and Home Skinovations Inc., Silk'n Store, MMP Solutions, and Home Skinovations Ltd. (collectively, "Defendants") stipulated to extend the time for Defendants to answer or otherwise respond to the complaint to November 13, 2009;

    WHEREAS on November 13, 2009, the parties stipulated to extend the time for Defendants to answer or otherwise respond to the complaint to November 25;

    WHEREAS counsel for TRIA and counsel for the Defendants are in the process of exploring possible settlement of this action, and believe that a further extension of time would facilitate this process;

    NOW, THEREFORE, pursuant to Northern District Local Rule 6-1(a), TRIA and the Defendants, through their respective counsel of record, stipulate to extend the time for the Defendants to answer or otherwise respond to the complaint to January 6, 2010.

Dated: November 25, 2009      MORRISON & FOERSTER LLP

    By: /s/ Jill Neiman
        Jill Neiman
        Attorneys for Defendants Home Skinovations Inc., Home Skinovations Ltd., The Silk'n Store LLC, and MMP Solutions, Inc.

Dated November 25, 2009      ROPES & GRAY LLP

    By: /s/Thad A. Davis
        Thad A. Davis
        Attorneys for Plaintiff TRIA Beauty, Inc.

| | |
|---|---|
| 1 | I, Jill Neiman, am the ECF User whose ID and password are being used to file this |
| 2 | Stipulation Further Extending Time to Answer or Otherwise Respond to Complaint.  In |
| 3 | compliance with General Order 45, X.B., I hereby attest that Thad Davis has concurred in this |
| 4 | filing. |

Dated: November 25, 2009           MORRISON & FOERSTER LLP

By: /s/Jill D. Neiman
    Jill D. Neiman
    Attorneys for Defendants Home
    Skinovations Inc., Home Skinovations Ltd.,
    The Silk'n Store LLC, and MMP
    Solutions, Inc.

Signed:  December 1, 2009

**IT IS SO ORDERED**

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA