1    ANTHONY L. PRESS (CSB # 125027)
     APress@mofo.com
2    MORRISON & FOERSTER LLP
     555 West Fifth Street
3    Los Angeles, California 90013-1024
     Phone: (213) 892-5200
4    Fax: (213) 892-5454

5    JILL NEIMAN (CSB # 164702)
     JNeiman@mofo.com
6    MORRISON & FOERSTER LLP
     425 Market Street
7    San Francisco, California 94105-2482
     Phone: (415) 268-7000
8    Fax: (415) 268-7522

9    Attorneys for Defendants
     HOME SKINOVATIONS INC.,
10   HOME SKINOVATIONS LTD.,
     THE SILK'N STORE LLC, and
11   MMP SOLUTIONS, INC.

12   THAD A. DAVIS (CSB # 220503)
     Thad.Davis@ropesgray.com
13   SARAH ZENEWICZ (CSB # 258068)
     Sarah.Zenewicz@ropesgray.com
14   ROPES & GRAY LLP
     One Embarcadero Center, Suite 2200
15   San Francisco, California 94111-3711
     Phone: (415) 315-6300
16   Fax: (415) 315-6350

17   Attorneys for Plaintiff
     TRIA BEAUTY, INC.

18

19                    UNITED STATE DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
20                      SAN FRANCISCO DIVISION

21   _____
                                    )
22   TRIA BEAUTY, INC.,             )   Case No. CV 09-3942 CRB
                                    )
23            Plaintiff,            )   **STIPULATION TO CONTINUE DATE
                                    )   OF INITIAL CASE MANAGEMENT
24        v.                        )   CONFERENCE AND [~~PROPOSED~~]
                                    )   ORDER**
25                                  )
     HOME SKINOVATIONS INC., HOME   )
26   SKINOVATIONS LTD., THE SILK'N  )
     STORE LLC, MMP SOLUTIONS, INC.,)
27                                  )
              Defendants.           )
28   _____)

WHEREAS on November 30, 2009, the Court issued an Order scheduling an initial Case Management Conference ("CMC") in this case for Friday, December 4, 2009, at 8:30 a.m.;

WHEREAS Defendants Home Skinovations Inc., The Silk'n Store LLC, MMP Solutions, Inc., and Home Skinovations Ltd. (collectively "Defendants") and Plaintiff TRIA Beauty, Inc. previously entered into and filed a stipulation extending time for Defendants to respond to Plaintiff's complaint until January 6, 2010;

WHEREAS on December 2, 2009, the Court approved the stipulation extending time for Defendants to respond to Plaintiff's complaint until January 6, 2010;

WHEREAS Plaintiff and Defendants are currently engaged in settlement discussions relating to this action; and

WHEREAS Plaintiff's counsel is unable to appear on the December 4, 2009, date for which the CMC is currently scheduled due to counsel having a previously scheduled hearing in Delaware on December 4, 2009;

NOW, THEREFORE, pursuant to Northern District Civil Local Rules 6-2 and 7-12, and the Court's November 30, 2009 Order, Plaintiff and Defendants, through their respective counsel of record, hereby stipulate to and respectfully request that the Court issue an Order continuing the date for the CMC currently scheduled for December 4, 2009, to a date convenient for the Court after January 6, 2010.

Dated: December 3, 2009                    MORRISON & FOERSTER LLP

                                           By: /s/ Jill Neiman
                                               Jill Neiman
                                               Attorneys for Defendants Home
                                               Skinovations Inc., Home Skinovations Ltd.,
                                               The Silk'n Store LLC, and MMP
                                               Solutions, Inc.

Dated December 3, 2009                     ROPES & GRAY LLP

                                           By: /s/Thad A. Davis
                                               Thad A. Davis
                                               Attorneys for Plaintiff TRIA Beauty, Inc.

1    I, Jill Neiman, am the ECF User whose ID and password are being used to file this

2    Stipulation To Continue Date Of Initial Case Management Conference And [Proposed] Order.

3    In compliance with General Order 45, X.B., I hereby attest that Sarah Zenewicz has concurred

4    in this filing.

5

6    Dated: December 3, 2009                    MORRISON & FOERSTER LLP

7
                                              By: /s/Jill D. Neiman
8                                                 Jill D. Neiman
                                                  Attorneys for Defendants Home
9                                                 Skinovations Inc., Home Skinovations Ltd.,
                                                  The Silk'n Store LLC, and MMP
10                                                Solutions, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Based on the foregoing stipulation, IT IS HEREBY ORDERED that the initial Case

3    Management Conference in this case shall take place on  January 8, 2010, at 8:30 am.

4

5    Dated: December  03 , 2009

6                                              _____

7                                              HONORABLE CHARLES R. BREYER
                                              United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28