1  THAD A. DAVIS (CSB # 220503)
   Thad.Davis@ropesgray.com
2  SARAH ZENEWICZ (CSB # 258068)
   Sarah.Zenewicz@ropesgray.com
3  ROPES & GRAY LLP
4  One Embarcadero Center
   San Francisco, CA 94111-3711
5  Telephone: (415) 315-6300
   Facsimile: (415) 315-6350
6
                                                    E-filing
7  Attorneys for Plaintiff
   TRIA BEAUTY, INC.
8
   ANTHONY L. PRESS (CSB # 125027)
9  APress@mofo.com
   MORRISON & FOERSTER LLP
10 555 West Fifth Street
   Los Angeles, California 90013-1024
11 Phone: (213) 892-5200
   Fax: (213) 892-5454
12
13 JILL NEIMAN (CSB # 164702)
   JNeiman@mofo.com
14 MORRISON & FOERSTER LLP
15 425 Market Street
   San Francisco, California 94104-2482
16 Phone: (415) 268-7000
   Fax: (415) 268-7522
17
18 Attorneys for Defendants
   HOME SKINOVATIONS INC., HOME SKINOVATIONS LTD.,
19 THE SILK'N STORE LLC, and MMP SOLUTIONS, INC.
20
                    UNITED STATES DISTRICT COURT
21                 NORTHERN DISTRICT OF CALIFORNIA

22 TRIA BEAUTY, INC.                    | Case No. CV 09-3942 CRB
23         Plaintiff,                   | STIPULATION FURTHER EXTENDING
                                        | TIME TO ANSWER OR OTHERWISE
24         vs.                          | RESPOND TO COMPLAINT AND TO
                                        | CONTINUE DATE OF INITIAL CASE
25 HOME SKINOVATIONS INC., HOME         | MANAGEMENT CONFERENCE AND
   SKINOVATIONS LTD., THE SILK'N STORE  | [PROPOSED] ORDER
26 LLC, MMP SOLUTIONS, INC.,            |
27         Defendants                   | Judge: Hon. Charles R. Breyer
28

STIPULATION TO CONTINUE DATE OF CMC AND RESPONSE TO COMPLAINT
Case No. CV 09-3942 CRB

Case3:09-cv-03942-CRB   Document18   Filed12/29/09   Page2 of 4

1   WHEREAS TRIA Beauty, Inc. ("TRIA") served Home Skinovations Inc. with the complaint

2   in this action on October 2, 2009;

3   WHEREAS TRIA served The Silk'n Store LLC ("Silk'n Store") on October 1, 2009;

4   WHEREAS TRIA served MMP Solutions , Inc. ("MMP Solutions") on September 30, 2009;

5   WHEREAS TRIA served Home Skinovations Ltd. on October 21, 2009;

6   WHEREAS on November 13, 2009, TRIA and Home Skinovations Inc., Silk'n Store, MMP

7   Solutions, and Home Skinovations Ltd. (collectively, "Defendants") stipulated to extend the time for

8   Defendants to answer or otherwise respond to the complaint to November 13, 2009;

9   WHEREAS on November 13, 2009, the Parties stipulated to extend the time for Defendants

10   to answer or otherwise respond to the complaint to November 25, 2009;

11   WHEREAS on November 25, 2009; the Parties stipulated to extend the time for Defendants

12   to answer or otherwise respond to the complaint to January 6, 2010;

13   WHEREAS counsel for TRIA has agreed to dismiss the Complaint without prejudice as it

14   pertains to Silk'n Store and MMP Solutions;

15   WHEREAS counsel for TRIA and counsel for Defendants have been actively engaged in

16   negotiating a settlement that would resolve all claims and counterclaims involved in this case, and

     have agreed to a private mediation in January in pursuit of such a settlement, and therefore believe

17   that a further extension of time would facilitate this process;

18   NOW, THEREFORE, pursuant to Northern District Local Rule 6-1(a), TRIA and the

19   Defendants, through their respective counsel of record, stipulate to extend the time for the

20   Defendants to answer or otherwise respond to the complaint to February 1, 2010.

21

22   WHEREAS on December 3, 2009, the Court issued an Order rescheduling the initial Case

23   Management Conference ("CMC") in this case for January 8, 2010, at 8:30 a.m.;

24   WHEREAS Parties are also stipulating to extend time for Defendants to respond to Plaintiff's

25   complaint until February 1, 2010 to facilitate potential settlement through private mediation;

26   WHEREAS Plaintiff will not yet have received a response to its complaint by the currently

27   scheduled CMC;

28

                                                    1

STIPULATION TO CONTINUE DATE OF CMC AND RESPONSE TO COMPLAINT
Case No. CV 09-3942 CRB

1

2
 WHEREAS Parties will engage in private mediation in January in pursuit of a settlement
agreement;

3
 NOW, THEREFORE, pursuant to Northern District Civil Local Rules 6-2 and 7-12, and the

4
Court's December 3, 2009 Order, Plaintiff and Defendants, through their respective counsel of

5
record, hereby stipulate to and respectfully request that the Court issue an Order continuing the date

6
for the CMC currently scheduled for January 8, 2010, to February 8, 2010 or a date otherwise

7
convenient to the court after February 1, 2010.

8

9
DATED: December 29, 2009   ROPES & GRAY LLP

10

11
        By: /s/ Thad A. Davis
         Thad A. Davis

12
         Attorneys for Plaintiff TRIA Beauty, Inc.

13
         Attorneys for Plaintiff
         TRIA BEAUTY, INC.

14

15
DATED: December 29, 2009   MORRISON & FOERSTER LLP

16

17
        By: /s/ Jill Neiman

18
         Jill Neiman
         Attorneys for Defendants Home Skinovations Inc.,

19
         Home Skinovations, Ltd., The Silk'n Store LLC, and
         MMP Solutions, Inc.

20

21

22

23

24

25

26

27

28

2

STIPULATION TO CONTINUE DATE OF CMC AND RESPONSE TO COMPLAINT
Case No. CV 09-3942 CRB

1

2

## ORDER

3

4     Based on the foregoing stipulation, IT IS HEREBY ORDERED that the Initial Case

Management Conference in this case shall take place on February 19 , 2010, at 8:30 a.m.

5

Dated December __, 2009

6          DEC 3 1 2009

7

HONORABLE CHARLES R. BREYER
United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER
Case No. CV 09-3942 CRB